UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ALL PARTY PARLIAMENTARY GROUP ON    )
EXTRAORDINARY RENDITION, et al.,    )
                                    )
            Plaintiffs,             )   Case No. 1:09-cv-02375-PLF
                                    )
    v.                              )
                                    )
U.S. DEPARTMENT OF DEFENSE, et al., )
                                    )
            Defendants.             )
_____ )

## STATUS REPORT

All parties, by their undersigned counsel, respectfully submit this status report pursuant to the Court's minute order of October 2, 2013.

The parties propose to file a further status report in this case no later than February 14, 2014, and to hold a status conference, if needed, approximately two weeks thereafter, on a date to be set by the Court.

### Defendants' Statement

1. As reflected in the parties' Joint Status Report of June 26, 2013 (Doc. 58), the defendants have agreed that those portions of the Department of State and the Department of Defense that are not part of the Intelligence Community as defined in 50 U.S.C. § 401a(4) will proceed with the internal identification of records responsive to the Freedom of Information Act requests at issue in this case.

2. The potentially responsive records identified by the Department of State are currently being reviewed for responsiveness and for the applicability of exemptions. Defendants expect to complete that review within the next two months.

3. The parties have reached agreement on a written protocol for searches within the Department of Defense, and the various DoD components have begun their searches or been tasked with conducting their searches. At this time, the Department of Defense hopes to complete the initial searches by about March 31, 2014. Defendants have found, however, that it may be necessary to revise the specific search terms in the written protocol, in which case completion of the searches would be delayed. After completion of the initial searches, the DoD FOIA office will review the results for responsiveness, and the necessary legal reviews will be conducted. Completing all of those reviews is expected to require between 6 and 24 months on a rolling basis, although this estimate could change depending on the volume of potentially responsive records.

4. The defendants reserve the right to assert that identifying records responsive to any given portion of plaintiffs' FOIA requests would be unduly burdensome, and to assert, notwithstanding any other statement, that confirming or denying the existence of records responsive to any item in plaintiffs' request would reveal classified information.

5. Given the pendency of plaintiffs' partial appeal herein, the defendants do not agree to provide *Vaughn* indices as a result of the above searches or to disclose any records to the plaintiffs.

6. In plaintiffs' appeal from this Court's Order of April 2, 2012 (D.C. Cir. No. 13-5176), the Court of Appeals initially established a briefing schedule under which plaintiffs/appellants' opening brief would have been due November 18, 2013. Upon plaintiffs' request, the deadline for their opening brief was changed to December 20, 2013. Defendants' brief is due January 21, 2014, and plaintiffs' reply brief is due February 4, 2014.

### Plaintiffs' Statement in Response

In response to Defendants' statement above, Plaintiffs respectfully request discussion of the following matters during the parties' upcoming status conference scheduled for November 19, 2013.

1. The reasons why the Department of State did not complete its review process by the end of September, 2013, as was set forth in the parties' Joint Status Report of June 26, 2013, as well as the status of the Department of State's review and anticipated completion date.

2. The Department of Defense's search and review process as Defendants describe above, and the timeline suggested by Defendants.

3. On November 14, 2013, Defendants informed Plaintiffs for the first time that Defendants now believe the parties may need to revise the specific search terms in the written protocol for the Department of Defense's searches that the parties agreed to on October 29, 2013. Plaintiffs do not see any reason to modify the agreed-upon search terms at this time.

4. Also on November 14, 2013, Defendants informed Plaintiffs for the first time that Defendants wish to reserve their rights in the manner described in Paragraph 4 of Defendants' Statement. Plaintiffs are concerned that such a reservation of rights would undermine the search protocol that the parties agreed upon after years of negotiation.

5. Plaintiffs reserve the right to seek an order requiring Defendants to provide appropriate *Vaughn* indices and/or the disclosure of records.

Respectfully submitted,

/s/ Audrey E. Moog
_____
Jonathan L. Abram, D.C. Bar 389896
Audrey E. Moog, D.C. Bar 468600
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
Email: audrey.moog@hoganlovells.com

Joe Cyr*
Adam R. Feeney*
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022

STUART F. DELERY
Assistant Attorney General

JOHN R. TYLER, D.C. Bar 297713
Assistant Director

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON, Va. Bar 27487
Senior Trial Counsel

Attorneys, Department of Justice
Civil Division - Room 7210
Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

\\NY - 090334/000919 - 2966434 v1                         3

| | |
|---|---|
| Telephone: (212) 918-3000 | Telephone: (202) 514-3495 |
| Facsimile: (212) 918-3100 | Facsimile: (202) 616-8470 |
| Email: adam.feeney@hoganlovells.com | Email: scott.simpson@usdoj.gov |
| *Admitted pro hac vice* | |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |