UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ALL PARTY PARLIAMENTARY GROUP ON    )
EXTRAORDINARY RENDITION, et al.,    )
                                    )
            Plaintiffs,             )   Case No. 1:09-cv-02375-PLF
                                    )
      v.                            )
                                    )
U.S. DEPARTMENT OF DEFENSE, et al., )
                                    )
            Defendants.             )
_____)

## JOINT STATUS REPORT

All parties, by their undersigned counsel, respectfully submit this joint status report pursuant to the Court's Minute Order of August 27, 2014.

1. In paragraphs 4 through 12 below, counsel for the defendants reports on actions taken by certain of the defendant agencies and components, including Intelligence Community ("IC") components. Counsel for the defendants further reports that other agencies and components are assessing how to move forward and may, in some instances, propose search parameters to the plaintiffs.

2. The parties propose to file a further joint status report in this case no later than January 16, 2015, and to hold a status conference, if needed, approximately two weeks thereafter, on a date to be set by the Court.

3. Except to the extent counsel for the parties reach an agreement in advance of the parties' scheduled November 6, 2014 status conference, counsel for plaintiffs will ask the Court to set deadlines to govern the IC Defendants' search and review of responsive documents. The defendants do not, at this time, believe that any such deadlines would be necessary or appropriate.

**Department of State**

    4. As noted in the Joint Status Report of June 17, 2014 (Doc. 64), the Department of State has produced to the plaintiffs all of its responsive, non-exempt records that do not require formal consultation with, or referral to, other entities.

    5. As indicated in the Joint Status Report of August 20, 2014 (Doc. 67), the State Department has sent 20 potentially responsive documents to non-IC entities for formal consultation. On September 20, 2014, the Department produced 8 of those documents to the plaintiffs, in full or with redactions. The Department has followed up with the relevant non-IC entities regarding the remaining 12 documents and has asked those entities to respond as soon as possible.

    6. The State Department has sent 6 potentially responsive documents to components of the Intelligence Community for formal consultation. (The Joint Status Report of August 20, 2014 (Doc. 67) said that the State Department intended to send 9 documents to IC components. The Department later determined, however, that 3 of those documents were non-responsive.)

    7. The parties have agreed on the search parameters for the Bureau of Intelligence and Research ("INR"), the only component of the Intelligence Community within the Department of State, and INR has begun its search.

**Department of Defense**

    8. As noted in the Joint Status Report of August 20, 2014 (Doc. 67), all non-IC components of the Department of Defense have now provided their potentially responsive records – numbering in the tens of thousands – to the DoD Office of General Counsel. The DoD Freedom of Information Act Office has reviewed approximately 85% of those documents for responsiveness, and those found to be responsive have been prepared for consultation with or referral to other

agencies.   The number of potentially responsive records remains large, and DoD cannot estimate at this time when the reviews will be completed.

9.   The Department of Defense has proposed to the plaintiffs dispensing with the processing of records from non-IC components, given that any responsive records possessed by non-IC components are highly likely to be held by the IC components within DoD as well.   Also, since the DoD FOIA office must process all of the records centrally, focusing on records from the IC entities would significantly hasten the overall processing and the production of all non-exempt records to the plaintiffs.   The parties have not yet resolved this issue.

10.   The parties have agreed in principle on the search parameters to be used by Intelligence Community components of the Department of Defense, and are working on a formal protocol document to embody their agreement.   That agreement may not, however, cover the Defense Intelligence Agency or the National Security Agency.

**<u>Department of Homeland Security</u>**

11.   On October 15, 2014, the defendants proposed to the plaintiffs the search parameters to be used by the Office of Intelligence and Analysis, a component of the Intelligence Community within the Department of Homeland Security.   The parties have not yet resolved the parameters of that search.

**<u>Central Intelligence Agency</u>**

12.   The Central Intelligence Agency is processing the plaintiffs' Freedom of Information Act request, and has assigned searches for responsive records, as appropriate.   The CIA reserves the right to make a Glomar response as to certain items in the request.

          Respectfully submitted,

 /s/ Audrey E. Moog
_____   JOYCE R. BRANDA
Jonathan L. Abram, D.C. Bar 389896   Acting Assistant Attorney General
Audrey E. Moog, D.C. Bar 468600

HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
Email: audrey.moog@hoganlovells.com

Joe Cyr*
Adam R. Feeney*
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: adam.feeney@hoganlovells.com
*Admitted pro hac vice

ATTORNEYS FOR PLAINTIFFS

JOHN R. TYLER, D.C. Bar 297713
Assistant Director

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON, Va. Bar 27487
Senior Trial Counsel

Attorneys, Department of Justice
Civil Division - Room 7210
Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Telephone: (202) 514-3495
Facsimile: (202) 616-8470
Email: scott.simpson@usdoj.gov

ATTORNEYS FOR DEFENDANTS